UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW VAN DYKE,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO POLICE DEPARTMENT,<br><br>  Defendant. | No. 2:19-cv-01900-TLN-KJN PS<br><br><br>ORDER |

Plaintiff filed the present action against a single defendant, the Sacramento Police Department. (ECF No. 7.) On November 21, 2019, the court granted plaintiff's request to proceed in forma pauperis in this action and directed plaintiff, within 30 days, to supply the Marshal with necessary forms to effectuate service. (ECF No. 9.) Plaintiff was ordered to file a statement with the court that these forms were sent to the Marshal within 10 days of submission. (Id.) The court also set a status conference in this case for April 2, 2020. (ECF No. 11.) The parties were ordered, within 7 days of the conference, to file status reports with the court. (Id.) All of these deadlines have passed and plaintiff failed to file any of the required documents.[1]

The court has considered whether this action should be dismissed at this juncture for

---

[1] The court notes that some of the court's prior orders were returned as undeliverable. Plaintiff has a duty to inform the court of any change of address, which he has not done in this case. See Local Rule 183.

1

failure to prosecute and failure to follow court orders.  However, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing an order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's orders and failure to prosecute this case.

2. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

3. The hearing scheduled for April 2, 2020, in this matter is VACATED.

IT IS SO ORDERED.

Dated: March 27, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

JR, 1900.osc